UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE E. CARTER,

    Plaintiff,

v.

WESTSHORE ENGINEERING AND
SURVEYING, et al.,

    Defendants.
_____/

Case No. 1:23-cv-890

Hon. Hala Y. Jarbou

## ORDER

On August 30, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court dismiss the action without prejudice for lack of subject matter jurisdiction (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 13, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is closed for lack of subject matter jurisdiction.

A judgment will issue in accordance with this order.

Dated: September 18, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE